IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY R. WEAVER-HODGES** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION NO. 02-CV-3513** |
| v. | : | |
| | : | |
| **MEADIA HEIGHTS GOLF CLUB,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

**AND NOW**, this 18th day of December 2002, upon consideration of Defendants' Reply Memorandum of Law in Support of Its Motion to Dismiss (Doc. 8)**, IT IS HEREBY ORDERED and DECREED** that Defendants' Reply is **STRICKEN FROM THE RECORD** for failure to motion for leave of the Court before filing a reply brief in accordance with the Court's Procedures.

                                                       **BY THE COURT:**

                                                     **_____**
                                                     **Hon. Petrese B. Tucker, U.S.D.J.**