IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY R. WEAVER-HODGES** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO. 02-CV-3513** |
| v. | : | |
| | : | |
| **MEADIA HEIGHTS GOLF CLUB,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 18th day of December 2002, upon consideration of Plaintiff's Motion for Leave to File a Sur-Reply Brief (Doc. 9), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**