## CERTIFICATE OF SERVICE

I, Christine N. Shultz, certify that on this _____ day of January 2003, I caused a true and correct copy of the foregoing Defendant's Memorandum In Opposition To Plaintiff's Motion For Leave To Supplement Plaintiff's Response In Opposition To Defendant's Motion To Dismiss to be served upon the following person by first class mail:

Nina B. Shapiro, Esq.
53 North Duke Street
Suite 201
Lancaster, PA 17602

Attorney for Plaintiff

Date:                                   _____
                                        Christine N. Shultz