IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY R. WEAVER-HODGES f/k/a<br>JODY R. WEAVER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEADIA HEIGHTS GOLF CLUB,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO.: 02-CV-3513<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion For Leave To Supplement Plaintiff's Response In Opposition To Defendant's Response, and Defendant's response, it is hereby ORDERED and DECREED that:

1.　　Plaintiff's motion is denied in its entirety.

_____
Petrese B. Tucker, U.S.D.J.