IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY R. WEAVER-HODGES** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 02-CV-3513 |
| v. | : | |
| | : | |
| **MEADIA HEIGHTS GOLF CLUB,** | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 15th day of July 2003, upon consideration of Plaintiff's Motion for Leave to Supplement Memorandum in Further Support of Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (Doc. 12), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

BY THE COURT:

_____

**Hon. Petrese B. Tucker, U.S.D.J.**