IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JODY R. WEAVER-HODGES** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 02-CV-3513 |
| v. | : | |
| | : | |
| **MEADIA HEIGHTS GOLF CLUB,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 15th day of July 2003, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State Claim pursuant to FED. R. CIV. P. 12(b)(6) (Doc. 5) and Plaintiff's Response thereto (Doc. 7), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED**.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.