IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY R. WEAVER-HODGES f/k/a JODY R. WEAVER<br>    Plaintiff, | :<br>:<br>: |
| | :   CIVIL ACTION NO. 02-3513 |
| v. | :<br>: |
| MEADIA HEIGHTS GOLF CLUB<br>    Defendant. | :<br>: |

## ORDER

**AND NOW**, this 16th day of January, 2004, upon consideration of the letter dated January 13, 2004, from Nina B. Shapiro, Esq., indicating that the parties in the above-captioned case have entered into a settlement agreement, **IT IS HEREBY ORDERED and DECREED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that the clerk of the court shall mark the above-captioned case **CLOSED**.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."