IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY R. WEAVER-HODGES f/k/a JODY R. WEAVER,<br><br>Plaintiff,<br><br>v.<br><br>MEADIA HEIGHTS GOLF CLUB,<br><br>Defendant. | : <br> : <br> : <br> : <br> : CIVIL ACTION NO.: 02-CV-3513 <br> : <br> : <br> : |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the Amended Complaint in its entirety with prejudice. Each party shall bear her or its own costs and attorney's fees.

_____
Nina B. Shapiro, Esquire
Law Offices of Nina Shapiro
Suite 201
53 N. Duke Street
Lancaster, PA 17602
(717) 399-8720
Counsel for Plaintiff

Date: 1/27/04

_____
Daniel J. Brennan, Esquire
McAleese, McGoldrick, Susanin & Widman, P.C.
Suite 240, Executive Terrace
455 S. Gulph Road
King of Prussia, PA 19406
(610) 337-4510
Counsel for Defendant

Date: 1·22·04

**IT IS SO ORDERED:**

_____     _____
Petrese B. Tucker, U.S.D.J.                Date